1  Dan Dillman Pro Se
   14808 East 14th Street
2  San Leandro, CA 94578
   Telephone: (510) 376-1589
3  Facsimile: (510) 878-2308
4  Email: dan@xzault.com

5

6  UNITED STATES DISTRICT COURT

7  NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  DANIEL HENRY DILLMAN, an individual; GINA DILLMAN, an individual; TIANNA DILLMAN, a minor, by GINA DILLMAN, her guardian ad litem; and DANIEL JOSHUA DILLMAN, a minor, by GINA DILLMAN, his guardian ad litem,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; TERRENCE H. MONTIGUE, an individual; MICHAEL D. CARROLL, an individual; and DOES 1-500, inclusive,<br><br>Defendants. | Case No.: CV12-00325 CRB<br><br>STIPULATION AND [PROPOSED] ORDER RE: DATE TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND TO CONTINUE PENDING DATES AND DEADLINES AND REQUEST FOR PLANTIFFS TO BE ABLE TO ELECTRONICALLY FILE<br><br>Hearing Date: July 13, 2012<br>Hearing Time: 8:30 a.m.<br>Hearing Dept.: Courtroom 6, 17th Floor<br>Hearing Judge: The Honorable Charles R. Breyer<br><br>Complaint Filed: January 20, 2012 |

   Plaintiffs request the court vacate and reset the Initial Case Management Conference currently set for July 13, 2012 and related deadlines. Plaintiffs request additional time to seek legal counsel, familiarize themselves with the court rules and regulations, and be fully prepared to move forward with the proceedings in the event legal representation cannot be obtained. Plaintiffs request that the

///
///
///
///

---
STIPULATION AND ORDER RE: FILING JOINT CASE
MANAGEMENT CONFERENCE STATEMENT, ETC.                              (Case No. CV12-0325 CRB)

1

1 | Case Management Conference be set on or after September 30, 2012. Defendants do not oppose
2 | Plaintiffs request.

3 | Dated: June 26, 2012                    PATTON ♦ WOLAN ♦ CARLISE, LLP

By: /s/ Steven C. Wolan
STEVEN C. WOLAN
JESPER I. RASMUSSEN
Attorneys for Defendants COUNTY OF
ALAMEDA, TERRENCE H. MONTIGUE, and
MICHAEL D. CARROLL

Dated: June 26, 2012

By: /s/ Daniel Henry Dillman
DANIEL HENRY DILLMAN
Plaintiff in Pro Se

Dated: June 26, 2012

By: /s/ Gina Dillman
GINA DILLMAN
Plaintiff in Pro Se and as Guardian Ad Litem for
TIANNA DILLMAN and DANIEL JOSHUA
DILLMAN

IT IS HEREBY ORDERED AS FOLLOWS: The deadlines set forth in the court's order setting the Initial Case Management Conference and related deadlines are hereby VACATED and reset on ___October 12, 2012 at 8:30 a.m.___. The parties shall have until ___October 5___ to file a Joint Case Management Conference Statement. The Plaintiffs shall have the right to electronically file.

Dated: _____ June 29, 2012

THE HONORABLE BREYER
IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER RE: FILING JOINT CASE
MANAGEMENT CONFERENCE STATEMENT, ETC.

2

(Case No. CV12-0325 CRB)