| | |
|---|---|
| 1 | Dan Dillman Pro Se |
|   | 14808 East 14th Street |
| 2 | San Leandro, CA 94578 |
|   | Telephone: (510) 376-1589 |
| 3 | Facsimile: (510) 878-2308 |
| 4 | Email: dan@xzault.com |
| 5 | Plaintiffs in Pro Se |
| 6 | |
| 7 | Steven C. Wolan (State Bar No. 56237) |
|   | Diane R. Stanton (State Bar No. 142196) |
| 8 | PATTON·WOLAN·CARLISE, LLP |
|   | 1999 Harrison Street, Suite 1350 |
| 9 | Oakland, CA 94612-3582 |
|   | Telephone: (510) 987-7500 |
| 10 | Facsimile: (510) 987-7575 |
| 11 | Email: swolan@pwc-law.com; |
|   | dstanton@pwc-law.com |
| 12 | |
| 13 | Attorneys for Defendants COUNTY OF ALAMEDA, TERRANCE MONTIGUE, and MICHAEL D. CARROLL |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HENRY DILLMAN, an individual; GINA DILLMAN, an individual; TIANNA DILLMAN, a minor, by GINA DILLMAN, her guardian ad litem; and DANIEL JOSHUA DILLMAN, a minor, by GINA DILLMAN, his guardian ad litem,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; TERRENCE H. MONTIGUE, an individual; MICHAEL D. CARROLL, an individual; and DOES 1-500, inclusive,<br><br>Defendants. | Case No.: CV12-00325 CRB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: DATE TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND TO CONTINUE PENDING DATES AND DEADLINES<br><br>Hearing Date: October 12, 2012<br>Hearing Time: 8:30 a.m.<br>Hearing Dept.: Courtroom 6, 17th Floor<br>Hearing Judge: The Honorable Charles R. Breyer<br><br>Complaint Filed: January 20, 2012 |

STIPULATION AND ORDER RE: FILING JOINT CASE
MANAGEMENT CONFERENCE STATEMENT, ETC.                                    (Case No. CV12-0325 CRB)

1

1 | Plaintiffs and Defendants request the court vacate and reset the Initial Case Management
2 | Conference currently set for October 12, 2012 and related deadlines. Defense counsel will be out of
3 | town that day and Plaintiffs are seeking legal counsel. Defendants and Plaintiffs request that the Case
4 | Management Conference be reset on or after November 30, 2012.

Dated: September 28, 2012         PATTON ♦ WOLAN ♦ CARLISE, LLP

                                  By: _____
                                      STEVEN C. WOLAN
                                      DIANE R. STANTON
                                      Attorneys for Defendants COUNTY OF
                                      ALAMEDA, TERRENCE H. MONTIGUE, and
                                      MICHAEL D. CARROLL

Dated: September 21, 2012         By: _____
                                      DANIEL HENRY DILLMAN
                                      Plaintiff in Pro Se

Dated: September 21, 2012         By: _____
                                      GINA DILLMAN
                                      Plaintiff in Pro Se and as Guardian Ad Litem for
                                      TIANNA DILLMAN and DANIEL JOSHUA
                                      DILLMAN

IT IS HEREBY ORDERED AS FOLLOWS: The deadlines set forth in the court's order setting the Initial Case Management Conference and related deadlines are hereby VACATED and reset on December 14, 2012 at 8:30 a.m. The parties shall have until December 7, 2012 to file a Joint Case Management Conference Statement. The Plaintiffs shall have the right to electronically file.

Dated: _____October 2, 2012_____

THE HONORABLE _____

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND ORDER RE: FILING JOINT CASE
MANAGEMENT CONFERENCE STATEMENT, ETC.
                                            2                         (Case No. CV12-0325 CRB)