Dan Dillman Pro Se
14808 East 14th Street
San Leandro, CA 94578
Telephone: (510) 376-1589
Facsimile: (510) 878-2308
Email: dan@xzault.com

Plaintiffs in Pro Se

Steven C. Wolan (State Bar No. 56237)
Diane R. Stanton (State Bar No. 142196)
PATTON·WOLAN·CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612-3582
Telephone: (510) 987-7500
Facsimile: (510) 987-7575
Email: swolan@pwc-law.com;
dstanton@pwc-law.com

Attorneys for Defendants COUNTY OF ALAMEDA,
TERRANCE MONTIGUE, and MICHAEL D.
CARROLL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HENRY DILLMAN, an individual; GINA DILLMAN, an individual; TIANNA DILLMAN, a minor, by GINA DILLMAN, her guardian ad litem; and DANIEL JOSHUA DILLMAN, a minor, by GINA DILLMAN, his guardian ad litem,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; TERRENCE H. MONTIGUE, an individual; MICHAEL D. CARROLL, an individual; and DOES 1-500, inclusive,<br><br>Defendants. | Case No.: CV12-00325 CRB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: DATE TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND TO CONTINUE PENDING DATES AND DEADLINES<br><br>Hearing Date: October 12, 2012<br>Hearing Time: 8:30 a.m.<br>Hearing Dept.: Courtroom 6, 17th Floor<br>Hearing Judge: The Honorable Charles R. Breyer<br><br>Complaint Filed: January 20, 2012 |

Plaintiffs and Defendants request the court vacate and reset the Initial Case Management Conference currently set for October 12, 2012 and related deadlines. Defense counsel will be out of town that day and Plaintiffs are seeking legal counsel. Defendants and Plaintiffs request that the Case Management Conference be reset on or after November 30, 2012.

Dated: September 28, 2012                    PATTON ♦ WOLAN ♦ CARLISE, LLP

By: _____
STEVEN C. WOLAN
DIANE R. STANTON
Attorneys for Defendants COUNTY OF
ALAMEDA, TERRENCE H. MONTIGUE, and
MICHAEL D. CARROLL

Dated: September 21, 2012                    By: _____
DANIEL HENRY DILLMAN
Plaintiff in Pro Se

Dated: September 21, 2012                    By: _____
GINA DILLMAN
Plaintiff in Pro Se and as Guardian Ad Litem for
TIANNA DILLMAN and DANIEL JOSHUA
DILLMAN

IT IS HEREBY ORDERED AS FOLLOWS: The deadlines set forth in the court's order setting the Initial Case Management Conference and related deadlines are hereby VACATED and reset on December 14, 2012 at 8:30 a.m.. The parties shall have until December 7, 2012 to file a Joint Case Management Conference Statement. The Plaintiffs shall have the right to electronically file.

Dated: _____ October 2, 2012 _____

THE HONORABLE _____
IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER RE: FILING JOINT CASE
MANAGEMENT CONFERENCE STATEMENT, ETC.                    (Case No. CV 12-0325 CRB)

2