Steven C. Wolan (State Bar No. 56237)
Clariza C. Garcia (State Bar No. 189918)
PATTON♦WOLAN♦CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612-3582
Telephone: (510) 987-7500
Facsimile: (510) 987-7575
Email: swolan@pwc-law.com;
cgarcia@pwc-law.com

Attorneys for Defendants COUNTY OF ALAMEDA,
TERRANCE MONTIGUE, and MICHAEL D.
CARROLL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HENRY DILLMAN, an individual; GINA DILLMAN, an individual; TIANNA DILLMAN, a minor, by GINA DILLMAN, her guardian ad litem; and DANIEL JOSHUA DILLMAN, a minor, by GINA DILLMAN, his guardian ad litem,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; TERRENCE H. MONTIGUE, an individual; MICHAEL D. CARROLL, an individual; and DOES 1-500, inclusive,<br><br>Defendants. | Case No.: CV12-00325 CRB<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: January 20, 2012 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Daniel Henry Dillman, Gina Dillman, Tianna Dillman, a minor, by Gina Dillman, her guardian ad litem, and Daniel Joshua Dillman, a minor, by Gina Dillman, his guardian ad litem, and Defendants County of Alameda,

Terrance Montigue and Michael Carroll that the above captioned action is voluntarily dismissed without prejudice against the Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs and Defendants further stipulate that each party shall bear its own costs and fees, and that neither Plaintiffs nor Defendants shall seek the recovery of its costs and fees from the other party.

Dated: 5-13-14

Plaintiff In Pro Se, Daniel H. Dillman

Dated: 5-13-14

Plaintiff In Pro Se, Gina Dillman, individually, and as guardian ad litem for Tianna Dillman and Daniel Joshua Dillman

PATTON ♦ WOLAN ♦ CARLISE, LLP

Dated: 5-27-14

STEVEN C. WOLAN
CLARIZA C. GARCIA
Counsel for Defendants
County of Alameda, Terrance Montigue and Michael Carroll

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiffs' action is dismissed without prejudice with all parties to bear their own costs.

IT IS SO ORDERED

Dated: June 2, 2014

UNITED STATES DISTRICT JUDGE

[Seal: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]